UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REBECCA SWIFT,<br><br>    Plaintiff,<br><br>    vs.<br><br>ZYNGA GAME NETWORK, INC., et al.,<br><br>    Defendants. | Case No: C 09-5443 SBA<br><br>**ORDER**<br><br>[Docket No. 10] |

On January 20, 2010, Defendant Zynga Game Network, Inc. (Defendant) filed a motion to dismiss Plaintiff's complaint. (Docket No. 10.) On February 10, 2010, Plaintiff filed a first amended complaint. Subsequently, on March 1, 2010, Defendant filed a motion to dismiss Plaintiff's first amended complaint. (Docket No. 18.) Accordingly,

IT IS HEREBY ORDERED THAT Defendant's January 20, 2010 motion to dismiss is DENIED as MOOT in view of Plaintiff's filing of a first amended complaint. This order terminates Docket No. 10. Docket No. 18 remains under submission.

IT IS SO ORDERED.

Dated: 9/1/10

*(signature)*
SAUNDRA BROWN ARMSTRONG
United States District Judge