1  Richard L. Seabolt (SBN 67469)
   Suzanne R. Fogarty (SBN 154319)
2  Oliver E. Benn (SBN 244618)
   **DUANE MORRIS LLP**
3  Spear Tower, One Market Plaza, Suite 2200
   San Francisco, CA 94105-1127
4  Telephone: 415.957.3000
   Facsimile: 415.957.3001
5  E-mail:    RLSeabolt@DuaneMorris.com
              SRFogarty@DuaneMorris.com
6             OBenn@DuaneMorris.com

7  Attorneys for Defendant,
   ZYNGA INC.
8

9

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | REBECCA SWIFT, individually, on behalf of the general public, and all others similarly situated, | Case No.: CV 09-5443 EDL |
|---|---|---|
| 15 | Plaintiff, | |
| 16 | | **DECLARATION OF SEAN HANLEY IN SUPPORT OF PETITION TO COMPEL ARBITRATION** |
| 17 | v. | |
| 18 | ZYNGA GAME NETWORK INC.; ADKNOWLEDGE, INC.; D/B/A SUPER REWARDS; KITN MEDIA USA, INC., D/B/A SUPER REWARDS, | DATE: June 14, 2011 TIME: 9:00 a.m. DEPT: E |
| 20 | Defendants. | Complaint Filed: November 17, 2009 |
| 21 | | Hon. Elizabeth D. Laporte |

I, Sean Hanley, hereby declare as follows:

   1.    I am Director of Compliance at Defendant Zynga Inc. ("Zynga") and have been employed by Zynga since April 1, 2009. I submit this declaration in support of Zynga's Petition to Compel Arbitration. I have personal knowledge of the matters stated in this declaration and, if called as a witness, I could and would testify to them competently.

   2.    Attached as Exhibit A is a true and correct copy of the YoVille Terms of Use, which

DECLARATION OF SEAN HANLEY
CV 09-5443 EDL

1  were in effect as of April 1, 2009.

2      3.     Our business records indicate that Rebecca Swift first used YoVille on April 6, 2009.

3      4.     For the entire time period during which I have been employed at Zynga, YoVille users have had to accept Zynga's Terms of Service before playing YoVille for the first time. In April 2009 when a Facebook user elected to launch YoVille for the first time, that user was presented with a "dialog box." That dialog box required the user to agree to allow YoVille to access the user's Facebook data and stated "By using YoVille, you agree to the YoVille Terms of Service." The words "Terms of Service" were hyperlinked so that a user could review those terms before accepting them. Accordingly, when a user accepted the application or game, in this case YoVille, the user also gave us his or her assent to the YoVille Terms of Service. This was the only method by which a user on Facebook could access YoVille.

    5.     Attached as Exhibit B is a true and correct copy of the amended YoVille Terms of Use, which became effective May 19, 2009.

    6.     Attached as Exhibit C is a true and correct copy of the Zynga Terms of Service, which became effective August 1, 2009, and which became the global terms of service for all Zynga games on a rolling basis.

    7.     Our business records indicate that Rebecca Swift continued playing YoVille at least through the commencement of the present litigation.

    8.     From the time Rebecca Swift first used YoVille on April 6, 2009 to the commencement of the present litigation, Rebecca Swift had access to the then effective Terms of Service by clicking on the link on the YoVille web page.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 5th day of May, 2011, San Francisco, California.

_____
Sean Hanley