Richard L. Seabolt (SBN 67469)
Suzanne R. Fogarty (SBN 154319)
Oliver E. Benn (SBN 244618)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail:   RLSeabolt@DuaneMorris.com
          SRFogarty@DuaneMorris.com
          OBenn@DuaneMorris.com

Attorneys for Defendant,
ZYNGA INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SWIFT, individually, on behalf of the general public, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA GAME NETWORK INC.; ADKNOWLEDGE, INC.; D/B/A SUPER REWARDS; KITN MEDIA USA, INC., D/B/A SUPER REWARDS,<br><br>Defendants. | Case No.: CV 09-5443 EDL<br>**ORDER ON**<br>**SECOND AMENDED NOTICE OF HEARING AND STIPULATION TO PROPOSED BRIEFING SCHEDULE**<br><br>*Previously Noticed:*<br>Date: June 14, 2011<br>**Time: 2:00 p.m.**<br>Judge: Elizabeth D. Laporte<br>Ctrm.: E – 15th Floor<br><br>*Currently Noticed:*<br>Date: July 26, 2011<br>**Time: 9:00 a.m.**<br>Judge: Elizabeth D. Laporte<br>Ctrm.: E – 15th Floor<br><br>**COMPLAINT FILED: NOVEMBER 17, 2009** |

**AMENDED NOTICE OF MOTION TO COMPEL ARBITRATION AND MOTION TO STAY LITIGATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 26, 2011, at **9:00 a.m.**, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Elizabeth Laporte, Defendant Zynga Inc. ("Zynga") will move the Court for an order compelling arbitration of Plaintiff Rebecca Swift's claims and staying the litigation. The Parties have met and conferred and agreed to continue this hearing. The parties have also entered into a stipulated briefing schedule as set for the below.

Dated: May 23, 2011 DUANE MORRIS LLP

By: /s/ *Richard L. Seabolt*

Richard L. Seabolt

Attorneys for Defendant,

ZYNGA INC.

**STIPULATION TO BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

The below-named counsel of record for the parties to this action have met and conferred and agreed to the following briefing schedule in connection with Zynga's pending motion to compel arbitration and stay litigation:

| | |
|---|---|
| June 29, 2011 | Plaintiff's Opposition Due |
| July 12, 2011 | Defendants' Reply Due |
| July 26, 2011 | Hearing |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

KERSHAW, CUTTER & RATINOFF, LLP

DATED:  May 23, 2011            /s/ John R. Parker, Jr.
                                John R. Parker, Jr.
                                Attorneys for Plaintiff, REBECCA SWIFT

**DUANE MORRIS LLP**

DATED: May 23, 2011           /s/ Richard L. Seabolt
                              Richard L. Seabolt
                              Attorneys for Defendant, ZYNGA INC.

**NEWMAN & NEWMAN**

DATED: May 23, 2011           /s/ Derek Linke
                              Derek Newman
                              Derek Linke
                              Attorneys for Defendants,
                              ADKNOWLEDGE, INC. and
                              KITN MEDIA USA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Hon. Elizabeth J. Laporte
**United States Magistrate Judge**

3

AMENDED NOTICE OF HEARING AND JOINT STIPULATION TO BRIEFING SCHEDULE