Richard L. Seabolt (SBN 67469)
Suzanne R. Fogarty (SBN 154319)
Oliver E. Benn (SBN 244618)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: 415.957.3000
Facsimile:  415.957.3001
E-mail:    RLSeabolt@DuaneMorris.com
           SRFogarty@DuaneMorris.com
           OBenn@DuaneMorris.com

Attorneys for Defendant,
ZYNGA INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SWIFT, individually, on behalf of the general public, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA GAME NETWORK INC.; ADKNOWLEDGE, INC.; D/B/A SUPER REWARDS; KITN MEDIA USA, INC., D/B/A SUPER REWARDS,<br><br>Defendants. | Case No.: CV 09-5443 EDL<br><br>**JOINT STIPULATED SCHEDULE**<br><br>**Complaint Filed: November 17, 2009** |

**JOINT STIPULATED SCHEDULE**

The below-named counsel of record for Plaintiff, Zynga, Inc., and Adknowledge, Inc. ("the Parties") have met and conferred and agreed to the following in connection with the schedule of this case.

1. As the parties had previously agreed at Plaintiff's request to continue the hearing date on Defendant Zynga's motion to compel arbitration to July 26, 2011 (Dkt. 58), Plaintiff agrees to continue the hearing on its motion to compel discovery (Dkt. 60) to August 2, 2011, which is seven

days after the hearing on Zynga's motion to compel arbitration. Plaintiff agrees to re-notice her motion for August 2, 2011.

2. The Parties agree that Plaintiff may take the deposition of Zynga's declarant Sean Hanley on June 16, 2011. The deposition will be limited to the issues that bear on Zynga's motion to compel arbitration. The Parties agree that Zynga's production of the witness does not waive Zynga's asserted right to compel arbitration.

3. The Parties agree that if Plaintiff submits a declaration in support of her opposition to Zynga's motion to compel arbitration, the declarant will be made available for deposition between the time the opposition is filed and Zynga's reply due date, and have provisionally agreed on either July 7th or 8th for this deposition. The parties agree that the scope of the deposition of the declarant will be limited to the issues that bear on Zynga's motion to compel arbitration, and that Defendants' taking this limited-scope deposition does not waive Defendants' asserted right to compel arbitration.

4. Other than the discovery described in paragraphs 2 and 3 above, Zynga has asserted that it has a right to stay all other discovery directed at Zynga pending the resolution of Zynga's motion to compel arbitration. Zynga had intended to file a motion to stay discovery pending resolution of its motion to compel arbitration in response to Plaintiff's motion to compel discovery, but in order to avoid unnecessary motion practice, the Parties have entered into this Stipulation.

5. The Parties further agree that Zynga's opposition to plaintiff's motion to compel discovery will be due July 12, 2011 and that Plaintiff's reply brief will be due July 19, 2011.

6. In light of the pending motions to compel arbitration and to compel discovery, the Parties agree to the following modification of the previously joint stipulated case schedule:

| | |
|---|---|
| November 22, 2011 | Plaintiff files motion for class certification, including any expert declarations. Any experts for Plaintiff will be made available for deposition one week after the motion is filed. |
| January 24, 2012 | Defendants file their oppositions to Plaintiff's motion for class certification, including any expert declarations. Any experts for Defendants will be made |

|  |  |
|---|---|
|  | available for deposition one week after the opposition is filed. |
| February 14, 2012 | Plaintiff files Reply in support of motion for class certification. |
| March 13, 2012 | Hearing on Plaintiff's motion for class certification. |

7. This Stipulation is without prejudice to the rights asserted in Defendants' motion to compel arbitration.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD FOR PLAINTIFF AND ZYNGA:

**KERSHAW, CUTTER & RATINOFF, LLP**

DATED: June 3, 2011          /s/ John R. Parker, Jr.
                             John R. Parker, Jr.
                             Attorneys for Plaintiff, REBECCA SWIFT


**DUANE MORRIS LLP**

DATED: June 3, 2011          /s/ Richard L. Seabolt
                             Richard L. Seabolt
                             Attorneys for Defendant, ZYNGA INC.

NEWMAN & DUWORS

DATED: June 3, 2011          /s/ Derek A. Newman
                             Derek A. Newman
                             Derek Linke
                             Attorneys for Defendants,
                             ADKNOWLEDGE, INC. and
                             KITN MEDIA USA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**
Date: 6/6/2011

*Elizabeth D. Laporte*
Hon. Elizabeth J. Laporte
**United States Magistrate Judge**