**KERSHAW, CUTTER & RATINOFF, LLP**
William A. Kershaw (State Bar No. 057486)
Email: wkershaw@kcrlegal.com
C. Brooks Cutter (State Bar No. 121407)
Email: bcutter@kcrlegal.com
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
John R. Parker, Jr. (State Bar No. 257761)
Email: jparker@kcrlegal.com
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

**WEXLER WALLACE LLP**
Mark J. Tamblyn (State Bar No. 179272)
Email: mjt@wexlerwallace.com
Ian J. Barlow (State Bar No. 262213)
Email: ijb@wexlerwallace.com
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone:  (916) 492-1100
Facsimile:  (916) 492-1124

Attorneys for *Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SWIFT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA GAME NETWORK, INC., ADKNOWLEDGE, INC.; D/B/A SUPER REWARDS; KITN MEDIA USA, INC., D/B/A SUPER REWARDS;<br><br>Defendants. | Case No.  CV 09-5443 EDL<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL**<br><br>Date: August 2, 2011<br>Time: 9:00 a.m.<br>Courtroom E, 15th Floor<br>Assigned to Magistrate Elizabeth D. Laporte<br><br>Complaint Filed: 11/17/09<br>Trial Date: None Set |

Plaintiff filed this case in November 2009, and has been met with nearly every possible attempt to delay this case by Defendant Zynga, Inc., as set fort in her original Motion and supporting Declaration.  From refusing to engage in a Rule 26 conference for many months without any justification, to refusing to comply with its Rule 26 obligations, to its most recent ploy of denying receipt of documents validly served by mail, *see* concurrently-filed Second Declaration of John R. Parker, Jr. in Support of Motion to Compel at Paragraph 2-6, Zynga has consistently attempted to delay this matter at every opportunity.

Plaintiff understands that Zynga contends in its motion to compel arbitration and stay this case that it should not be required to respond to discovery unrelated to its Motion, which is why Plaintiff agreed to notice this motion to compel discovery for a date **after** the hearing on Zynga's motion to compel arbitration and stay this case. But Plaintiff's motion to compel further discovery from Zynga is not an "unfair litigation tactic."  Plaintiffs' motion to compel discovery was necessitated by Zynga's stubborn and unjustified failure to respond to Plaintiff's discovery requests. If Plaintiff were to wait to file her motion to compel until after Zynga's motion was entirely briefed, heard, and decided, she would delay her own case for no reason. Plaintiff is entitled to a ruling on Zynga's objections to Plaintiff's requests, as set forth in her own motion and memorandum of support, so that discovery of this matter can proceed expeditiously and without further delay.

Dated: July 19, 2011.                    Respectfully submitted,

**KERSHAW, CUTTER & RATINOFF**


By      */s/ John R. Parker, Jr.*
             JOHN R. PARKER, JR.

William A. Kershaw
C. Brooks Cutter
Stuart C. Talley
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

-1-

PLAINTIFF'S NOTICE OFMOTION AND MOTION TO COMPEL            CASE NO. CV 09-5443 EDL

-2-

Mark J. Tamblyn
Ian J. Barlow
**WEXLER WALLACE LLP**
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

Attorneys for Plaintiff

PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL        CASE NO. CV 09-5443 EDL