# EXHIBIT 1

Richard L. Seabolt (SBN 67469)
Suzanne R. Fogarty (SBN 154319)
Oliver E. Benn (SBN 244618)
**DUANE MORRIS LLP**
Spear Tower, One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-mail:   RLSeabolt@DuaneMorris.com
          SRFogarty@DuaneMorris.com
          OBenn@DuaneMorris.com

Attorneys for Defendant,
ZYNGA INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SWIFT, individually, on behalf of the general public, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA GAME NETWORK INC.; ADKNOWLEDGE, INC.; D/B/A SUPER REWARDS; KITN MEDIA USA, INC., D/B/A SUPER REWARDS,<br><br>Defendants. | Case No.: CV 09-5443 EDL<br><br>[PROPOSED] ORDER SEALING EXHIBITS A THROUGH D ATTACHED TO THE DECLARATION OF JOHN R. PARKER, JR. (DKT. NO. 70)<br><br>Complaint Filed:   November 17, 2009 |

The Court, having considered the accompanying Declaration of Richard L. Seabolt Pursuant to Civil Local Rule 79-5(d) In Support of Zynga Inc.'s Request to Maintain Certain Confidential Documents Under Seal, hereby ORDERS as follows:

Exhibits A through D, attached to the Declaration of John R. Parker, Jr. (Dkt. No. 70) should remain sealed.

IT IS SO ORDERED.

Date: _July 29, 2011_____

_/s/ Elizabeth D. Laporte_
Hon. Elizabeth D. Laporte
United States Magistrate Judge

DM1\2758971.1

---

[PROPOSED] ORDER SEALING EXHIBITS A THROUGH D
CV 09-5443 EDL