**KERSHAW, CUTTER & RATINOFF, LLP**
William A. Kershaw (State Bar No. 057486)
Email: wkershaw@kcrlegal.com
C. Brooks Cutter (State Bar No. 121407)
Email: bcutter@kcrlegal.com
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
John R. Parker, Jr. (State Bar No. 257761)
Email: jparker@kcrlegal.com
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

**WEXLER WALLACE LLP**
Mark J. Tamblyn (State Bar No. 179272)
Email: mjt@wexlerwallace.com
Ian J. Barlow (State Bar No. 262213)
Email: ijb@wexlerwallace.com
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone: (916) 492-1100
Facsimile: (916) 492-1124

Attorneys for *Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SWIFT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZYNGA GAME NETWORK, INC., ADKNOWLEDGE, INC.; D/B/A SUPER REWARDS; KITN MEDIA USA, INC., D/B/A SUPER REWARDS;<br><br>Defendants. | Case No. CV 09-5443 EDL<br><br>**CLASS ACTION**<br><br>**NOTICE OF REQUEST FOR DISMISSAL AND REQUEST FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT ZYNGA INC. WITH PREJUDICE; [PROPOSED] ORDER AS MODIFIED BY COURT**<br><br>Dept: Courtroom E, 15th Floor<br>Judge: Mag. Elizabeth D. Laporte |

-1-

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      Plaintiff Rebecca Swift ("Plaintiff") requests that the Court dismiss with prejudice all claims against Defendant Zynga Inc. (named in the complaint as Zynga Game Network, Inc. and hereafter "Zynga") in exchange for Zynga's agreement that Zynga and Plaintiff waive any claims for fees or costs against each other.

Dated:  August 5, 2011.          **KERSHAW, CUTTER & RATINOFF**

By    */s/ Stuart C. Talley*
          STUART C. TALLEY

William A. Kershaw
C. Brooks Cutter
John R. Parker, Jr.
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Mark J. Tamblyn
Ian J. Barlow
**WEXLER WALLACE LLP**
455 Capitol Mall, Suite 231
Sacramento, California 95814
Telephone:  (916) 492-1100
Facsimile:  (916) 492-1124

Attorneys for Plaintiff

Dated:  August 5, 2011.          **DUANE MORRIS LLP**

By    */s/ Richard L. Seabolt*
          RICHARD L. SEABOLT

Suzanne R. Fogarty
Oliver E. Benn
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001

*Attorneys for Defendant ZYNGA INC.*
*(formerly ZYNGA GAME NETWORK, INC.)*

-2-

1

### [PROPOSED] ORDER

2

3       For good cause as contained in the Request for Dismissal With Prejudice, the Court

4   Orders that all claims against Defendant Zynga are dismissed with prejudice. The stay as to the other

5    defendants is LIFTED and the deadlines set by this Court's June 6, 2011 Order are REINSTATED.

6       **IT IS SO ORDERED.**

7

8   Dated: __ August 8, 2011 _____        _____

9                                           The Honorable Eli
                                            United States Ma                    lifornia

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER     CASE NO. CV 09-5443 EDL