UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REBECCA SWIFT, et al.,

    Plaintiffs,

v.

ZYNGA GAME NETWORK, INC.; et al.,

    Defendants.

No. C-09-5443 EDL

**ORDER CLOSING CIVIL CASE ADMINISTRATIVELY**

This matter having been stayed pursuant to stipulation pending appeal before the Ninth Circuit Court of Appeals, the Clerk of Court is directed to close this case administratively for statistical purposes. Any deadlines or court dates set in this matter are hereby taken off calendar.

Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered. The parties are ordered to notify the Court immediately of a ruling by the Ninth Circuit and to request a status conference, if necessary.

**IT IS SO ORDERED.**

Dated: November 4, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge