**KERSHAW, CUTTER & RATINOFF, LLP**
William A. Kershaw (State Bar No. 057486)
Email:  wkershaw@kcrlegal.com
C. Brooks Cutter (State Bar No. 121407)
Email:  bcutter@kcrlegal.com
Stuart C. Talley (State Bar No. 180374)
Email: stalley@kcrlegal.com
John R. Parker, Jr. (State Bar No. 257761)
Email: jparker@kcrlegal.com
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

Attorneys for *Plaintiff*

**NEWMAN DU WORS LLP**
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
Derek Linke (*pro hac vice*)
linke@newmanlaw.com
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:    (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Defendants
Adknowledge, Inc. and KITN Media USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SWIFT, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ZYNGA GAME NETWORK, INC., ADKNOWLEDGE, INC.; D/B/A SUPER REWARDS; KITN MEDIA USA, INC., D/B/A SUPER REWARDS;<br><br>    Defendants. | Case No.  CV 09-5443 EDL<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Dept: Courtroom E, 15th Floor<br>Judge: Mag. Elizabeth D. Laporte |

Plaintiff Rebecca Swift ("Plaintiff") and Defendants Adknowledge, Inc., and KITN Media USA, Inc., hereby stipulate to dismissal of Plaintiff's claims against Adknowledge and KITN Media USA under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs and attorneys' fees. Adknowledge and KITN Media USA are the only remaining Defendants in this case.

DATED: September 18, 2012        **KERSHAW, CUTTER & RATINOFF LLP**

By:    <u>s/ John R. Parker, Jr.</u>
      John R. Parker, Jr., State Bar No. 257761

      Attorneys for Plaintiff
      REBECCA SWIFT

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatories below.

DATED: September 18, 2012        **NEWMAN DU WORS LLP**

By:    <u>s/ Derek Linke</u>
      Derek A. Newman, State Bar No. 190467
      Derek Linke, *(pro hac vice)*

      Attorneys for Defendants
      Adknowledge, Inc. and
      KITN Media USA, Inc.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff's claims against Defendants Adknowledge, Inc., and KITN Media USA, Inc., are dismissed with prejudice.

Dated: _____     _____
                              The Honorable Elizabeth D. Laporte
                              United States Magistrate Northern District of California